[No. 16862-2-I. Division One. February 23, 1987.]

JACK R. KAHLER, ET AL, *Respondents,* v. IVAN KLEIMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-2-00437-8, Stuart C. French, J.,

entered June 28, 1985. *Affirmed* by unpublished opinion per Durham, J. Pro Tem., concurred in by Aitken and Ennis, JJ. Pro Tem.